NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
PAUL H. ROCHMES (Cal. Bar No. 077928)
Assistant United States Attorney
    Room 7211 Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2431
    Facsimile: (213) 894-0115
    E-mail: Paul.Rochmes@usdoj.gov

Attorneys for the United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Samuel Klein,<br><br>    Defendant. | Case No. CV18-05498 RGK<br><br>FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST SAMUEL KLEIN |

Pursuant to the Stipulation for Entry of Final Judgment of Injunction Against Samuel Klein, filed concurrently herewith (the "Stipulation"):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The court has jurisdiction over Samuel Klein (hereinafter "defendant") and over the subject matter of the proposed action pursuant to 28 U.S.C. §§ 1340 and 1345.

2. Defendant does not admit to any of the other allegations of the complaint, but has voluntarily consented to the entry of a Final Judgment of Permanent Injunction against him and has agreed to be bound by its terms.

3. Pursuant to 26 U.S.C. §§ 7402 and 7407, defendant, individually, or acting

**EXHIBIT A**

through or by any other name or entity, representatives agents, employees, attorneys, and anyone in active participation with him, is enjoined directly or indirectly, from:

    a. Aiding or assisting in the filing or preparation of federal tax returns for anyone other than himself and his legal spouse or domestic partner, for life;

    b. Representing, or appearing on behalf of, any person, other than himself and his legal spouse or domestic partner, before the Internal Revenue Service, for life; and

    c. Owning, operating, or working for any company that provides services relating to the filing or preparation of federal tax returns, for life.

4. This Court shall retain jurisdiction over this matter and defendant for the purpose of enforcing this Final Judgment of Permanent Injunction.

5. This Final Judgment of Permanent Injunction is the final judgment in this matter. Pursuant to the Stipulation, defendant has waived any and all right to appeal from this Final Judgment of Permanent Injunction.

6. Defendant has consented to the entry of this Final Judgment of Permanent Injunction without any further notice, and has agreed to be bound by its terms.

//
//
//
//
//
//
//
//
//
//
//

7. Defendant may be subject to civil or criminal sanctions for contempt of court, including imprisonment, if he violates this Final Judgment of Permanent Injunction.

**IT IS SO ORDERED.**

Dated: 04·26·18, 2018

_____
UNITED STATES DISTRICT JUDGE

Presented By:

_____
PAUL H. ROCHMES
Assistant United States Attorney

**EXHIBIT A**